UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Francis Henry Ruggiero,

            Plaintiff,                    19 Civ. 3631 (NSR)(AEK)

   -against-                               **CANCELLATION ORDER**

C.O. Larry Way,

            Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The telephonic conference scheduled for **Thursday**, **January 14, 2021**, at **4:00 p.m.** before Magistrate Judge Krause is hereby **cancelled**.

      The Clerk of the Court is directed to mail a copy of this Order to the <u>pro se</u> Plaintiff.

Dated: January 14, 2021
       White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge