Defendants' application is GRANTED. The Status Conference scheduled for June 25, 2021 is adjourned *sine die*. In the event that Plaintiff does not communicate with Defendants' counsel on or before July 8, 2021, Defendants' counsel is directed to promptly notify the Court in writing. Also, at that time, Defendants may seek the appropriate remedy by order to show cause (in writing). The Clerk of the Court is kindly directed to terminate the Motion at ECF No. 59. The Clerk of the Court is further directed to mail a copy of this Endorsement to pro se Plaintiff at his address listed on ECF and to show proof of service on the docket.

Dated: June 24, 2021
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

LETITIA JAMES
ATTORNEY GENERAL

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2021

Re: *Ruggiero v. C.O. Way, et al.*, 19-CV-3631 (NSR)

Dear Judge Roman:

    I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York assigned to the defense of this matter. I write to provide the Court with a brief update.

    To date, my office has not received any communication from Plaintiff evidencing his intent to continue prosecuting this action. I reached out to Plaintiff by letter today inquiring as to whether he plans to move forward with the litigation or voluntarily dismiss the action. I will update the Court with any response.

    I understand a status conference has been tentatively scheduled for June 25, 2021 at 10:30 a.m. I respectfully request the status conference be adjourned to allow Plaintiff the opportunity to respond to my letter. I also have a scheduling conflict at that time and request the conference be rescheduled for that reason as well. Thank you.

Respectfully submitted,

_____
Kathryn Martin
Assistant Attorney General
(914) 422-8615
kathryn.martin@ag.ny.gov

2

cc:
Francis Henry Ruggiero
Plaintiff <u>Pro</u> <u>Se</u>
527 Upper Avenue
Newburgh, NY 12550

2